**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 359 MAL 2014
                                            :

                   Petitioner     :

                                              : Petition for Allowance of Appeal from the
                                            : Order of the Superior Court
                 v.            :

                                            :

                                            :

JOHN PAUL YUKNAVICH,       :

                                            :

                 Respondent     :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 24th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.